OPINION — AG — THE ADMINISTRATION OF A PUBLIC TRUST AFTER THE EXPIRATION OF 30 DAYS FROM THE DATE OF APPROVAL OF THE FORM OF THE SECURITY BY THE BOND COMMISSIONER WOULD STILL BE SUBJECT TO JUDICIAL REVIEW IF THE TRUSTEES EXCEED THE AUTHORITY EXPRESSLY GRANTED THEM BY THE TRUST INDENTURE. HOWEVER, SAID INDENTURE AND THE TERMS THEREOF WOULD BE FREE FROM ATTACK AFTER THE 30 DAY LAPSE. CITE: 62 O.S. 1961 13 [62-13] (SAM HELLMAN)